**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                    Date: November 4, 2009
Court Reporter:       Paul Zuckerman

Civil Action No. 09-cr-00384-MSK

*Parties*:                                              *Counsel Appearing:*

UNITED STATES OF AMERICA,                                Benjamin Hawk
                                                         Stephen Curran

          Plaintiff,

v.

DONALD HERTZ,                                           Dustin Deissner (by telephone)

          Defendant.

---

### COURTROOM MINUTES

---

HEARING:    Motions

**4:04 p.m.       Court in session.**

Russell Van Camp, defendant's Washington attorney is also present on the telephone.

Counsel Deissner requests that defendant's appearance be waived.  The Government has no objection.  The Court grants the request for waiver of defendant's appearance.

The Court addresses the defendant's Motion to Change Venue (**Doc. #10**).

No further argument.

**ORDER:**       Defendant's Motion to Change Venue (**Doc. #10**) is **DENIED** without prejudice as premature. The Court will entertain a re-filed motion to transfer venue when and if the underlying facts are more firmly established.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court addresses defendant's Motion for Extension of Time to file suppression Motion (**Doc. #24**).  The Defendant has no objection.

ORDER:        Defendant'S Motion for Extension of Time (**Doc. #24**) **is GRANTED.**

The Court addresses defendant's Motion to Suppress Statements (**Doc. #22**) and the need to set an evidentiary hearing.

Statements from counsel Deissner and Hawk and the amount of time needed for an evidentiary hearing.

**ORDER:**        Suppression Hearing is set for **November 9, 2009 at 1:30 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

If the parties resolve the case, they will file a Notice of  Disposition no later than 5:00 p.m on November 6, 2009.

**4:19 p.m.**        **Court in recess.**

**Total Time:   15 minutes.**
**Hearing concluded.**