UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00384-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DONALD HERTZ,

       Defendant.

---

## ORDER RESETTING TRIAL, TRIAL PREPARATION CONFERENCE AND HEARING ON MOTION TO SUPPRESS

---

THIS MATTER comes before the Court for a resetting of trial. An initial trial date in this matter was set, but the trial was vacated upon the filing of a Notice of Disposition. At the Change of Plea Hearing, Defendant did not proceed with entry of a plea of guilty as charged in the Indictment. In accordance with the provisions of 18 U.S.C. § 3161 and the Local Rules of Practice of the United States District Court for the District of Colorado effective April 15, 2002, the following settings and deadlines will be applicable in this matter:

### A.  TRIAL

The above-captioned matter is reset for a five-day trial to a jury of twelve, plus alternates, commencing **March 29, 2010**, at **1:00 p.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

### B.  TRIAL PREPARATION

In order to expeditiously and efficiently prepare this matter for trial, a trial preparation conference has been scheduled for **March 26, 2010,** at **4:00 p.m.** The parties are expected to be

fully prepared for trial at that time, and lead counsel who will try the case shall attend.  All other provisions of the Court's Setting and Trial Preparation Order (#20) shall apply.

## C.  MOTIONS

1.  Pretrial motions shall be filed on or before **February 24, 2010**.  Responses shall be filed on or before **March 3, 2010**.

2.  At the time of the filing of the Notice of Disposition, this matter was set for a hearing on the Motion to Suppress Statements (#22) filed October 27, 2009.  The motion remains pending and is hereby reset for a two-hour hearing on **March 22, 2010, at 2:30 p.m.**  All other motions will also be heard at this time.

3.  With regard to any motion filed by a defendant which is not governed by paragraph 1 above, the government shall file a written response to the motion within 5 business days of service of the motion, unless otherwise ordered by the Court.

## C.  PLEA AGREEMENTS

Local Rule D.C.COLO.LCrR 11.1 is applicable in this matter.  A Notice of Disposition shall be filed **no later than 14 days** before the above stated trial date.

DATED this 17th day of February, 2010.

BY THE COURT:

Marcia S. Krieger
United States District Judge