IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No.1:09-cr-00384-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DONALD HERTZ,

      Defendant.

---

## ORDER GRANTING DEFENDANT'S MOTION TO DETERMINE COMPETENCY OF THE DEFENDANT

---

THIS MATTER comes before the Court on the Defendant's oral Motion to Determine Competency of the Defendant. The motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. §§ 4241 and 4247(b), the Defendant shall submit to an examination by a psychiatrist or psychologist with the Forensics Services Unit of the Eastern State Hospital, 805 West Maple Street, Medical Lake, Washington 99022, for the purpose of determining whether the Defendant suffers from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The examination shall be conducted at Eastern State Hospital and shall occur within 30 days of this Order. The

Defendant shall be present for all scheduled appointments at Eastern State Hospital.

2. Pursuant to 18 U.S.C. §§ 4241 and 4247(c), the psychiatrist or psychologist at Eastern State Hospital who examines the Defendant shall prepare a report addressing the Defendant's mental competency. The report shall include:

    (1) the Defendant's history and present symptoms;

    (2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

    (3) the examiner's findings; and

    (4) the examiner's opinions as to diagnosis, prognosis, and whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

    The designated psychiatrist or psychologist shall submit a copy of the report to the Court, counsel for the Defendant, and the attorney for the Government within 45 days of this Order

3. Pursuant to 18 U.S.C. § 3161(h)(1)(A) and (F), the speedy trial clock is tolled pending determination of this matter.

4. The Defendant's change of plea hearing that was scheduled for April 5, 2010 is **CONTINUED** indefinitely pending a determination of the Defendant's mental competency.

DATED this 9th day of April, 2010.

                                                **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge